UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

WANG GANG,
    also known as "Wang Wei,"
    "Panda" and "Little Wang,"
ZHENG DUN LIANG,
    also known as "#23,"
JIANG HONG WEI,
    also known as "#99," and
JIE YUAN,
    also known as "#59,"

        Defendants.

- - - - - - - - - - - - - - - - -X

**UNDER SEAL**

COMPLAINT AND AFFIDAVIT IN
SUPPORT OF ARREST WARRANT

(T. 18, U.S.C., § 1951(a))

EASTERN DISTRICT OF NEW YORK, SS:

       Patrick O'Brien, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

       Upon information and belief, on or about and between July 10, 2011 and November 22, 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant WANG GANG, also known as "Wang Wei," "Panda" and "Little Wang," ZHENG DUN LIANG, also known as "#23," JIANG HONG WEI, also known as "#99," and JIE YUAN, also known as "#59," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement

2

of articles and commodities in commerce, by extortion, to wit: the extortion of the owner of a bus company.

(Title 18, United States Code, Sections 1951(a))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been a Special Agent assigned to an FBI squad that investigates Asian organized crime since March 2004. During my tenure with the FBI, I have participated in numerous organized crime investigations over the course of which I have conducted physical surveillance, executed search warrants, supervised the activities of cooperating witnesses, and reviewed recorded conversations of organized crime figures. Through my training, education and experience, I have become familiar with organized criminal activities.

2. As set forth below, there is probable cause to believe that the defendants WANG GANG, also known as "Wang Wei," "Panda" and "Little Wang," ZHENG DUN LIANG, also known as "#23," JIANG HONG WEI, also known as "#99," and JIE YUAN, also known as "#59," together with others, conspired to extort the owners of a bus company (the "VICTIM BUS COMPANY")[2].

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] The VICTIM BUS COMPANY operates transportation routes between New York, New Jersey and Connecticut.

3

3. The VICTIM BUS COMPANY possessed a "base license" issued by the Taxi and Limousine Commission of the City of New York (the "TLC") which authorized the VICTIM BUS COMPANY to act as a carrier in New York City. All drivers affiliated with the VICTIM BUS COMPANY were required to be registered under the VICTIM BUS COMPANY's base license. Further, all drivers affiliated with the VICTIM BUS COMPANY were required to pay a weekly management fee that varied over time. On or about and between January 1, 2011 and July 10, 2011, both dates being approximate and inclusive, the weekly management fee was $300 per week. Drivers collected fares from passengers and did not share those fares with the VICTIM BUS COMPANY. Some, but not all, drivers were required to pay an initiation fee to the VICTIM BUS COMPANY before they could operate under the VICTIM BUS COMPANY's base license. The charging of initiation fees and weekly management fees is an industry standard and is sanctioned by the TLC.

4. Since approximately 2002, the VICTIM BUS COMPANY provided bus transportation between Queens and Manhattan. The VICTIM BUS COMPANY was licensed by the TLC to pick up passengers at designated stops located at 41st Avenue, Flushing, Queens ("41st Avenue") and Division Street, Manhattan ("Division Street") and to transport passengers between the two locations. Both locations had a designated pick-up location curbside.

4

5. Jane Doe #1, who is a co-owner of the VICTIM BUS COMPANY, has advised:

   a. At various times between 2002 and July 10, 2011, the defendants WANG GANG, also known as "Wang Wei," "Panda" and "Little Wang," ZHENG DUN LIANG, also known as "#23," JIANG HONG WEI, also known as "#99," and JIE YUAN, also known as "#59," worked for the VICTIM BUS COMPANY.

   b. On or about July 5, 2011, the defendant WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," spoke to Jane Doe #1 and accused John Doe #1, another co-owner of the VICTIM BUS COMPANY, of reporting defendant GANG to law enforcement for immigration fraud.

   c. On or about July 8, 2011, defendant WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," spoke to Jane Doe #1 again and told her, in sum and substance, that he was determined to put the VICTIM BUS COMPANY out of business.

   d. On or about July 9, 2011, Jane Doe #1 had a conversation with the defendant ZHENG DUN LIANG, also known as "#23," during which the defendant LIANG told her that the defendant WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," held a meeting with the VICTIM BUS COMPANY's drivers. The defendant LIANG further told Jane Doe #1 that, during this meeting, the defendant GANG agreed with the defendants JIANG HONG WEI, also known as "#99," JIE YUAN, also

5

known as "#59," and others to take over the VICTIM BUS COMPANY's bus route from 41st Avenue to Division Street.

    e.  On or about July 10, 2011, Jane Doe #1 saw defendants WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," JIANG HONG WEI, also known as "#99," JIE YUAN, also known as "#59," together with others, placing a sign bearing "Flushing Van Management Corp." (hereinafter, "Flushing Van") and telephone number (718) 759-7579 on the back of vehicles operated by the VICTIM BUS COMPANY. Jane Doe #1 recalled that telephone number (718) 759-7579 was the telephone number used by the defendant WEI. Several of the VICTIM BUS COMPANY's drivers, having not agreed to drive for Flushing Van, removed the signs.

    f.  On or about July 11, 2011, Jane Doe #1 and John Doe #1 spoke with several of the VICTIM BUS COMPANY's drivers. The drivers told Jane Doe #1 that defendant WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," was not charging a weekly fee and that was why many other drivers were agreeing to join Flushing Van. In response, Jane Doe #1 and John Doe #1 agreed to waive the weekly fee that they had been charging their drivers. As a result, several of the VICTIM BUS COMPANY's drivers agreed to continue operating under the VICTIM BUS COMPANY's base license.

    g.  On or about September 11, 2011, Jane Doe #1 saw the defendants WANG GANG, also known as "Wang Wei," "Panda,"

and "Little Wang," JIANG HONG WEI, also known as "#99," and others standing in a parking lot near the 41st Avenue stop. When the defendant GANG saw Jane Doe #1, he approached her and told her, in sum and substance, "[John Doe #1] is going to die soon. You should leave him soon or you will be a widow!"

  h. In or about the beginning of September 2011, after many of the VICTIM BUS COMPANY's drivers joined Flushing Van, Jane Doe #1 and John Doe #1 attempted to find new drivers for their company.

  i. In or about September 2011, the defendant JIE YUAN, also known as "#59," approached Jane Doe #1 and told her, in sum and substance, "If you add any new drivers, I will kill your whole family!"

  j. In or about early October 2011, the defendant JIANG HONG WEI, also known as "#99," approached Jane Doe #1 and told her, in sum and substance, "If you dare to bring in any new vehicles, I know exactly where your house is. You better think twice."

  k. On or about November 8, 2011, defendant WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," told Jane Doe #1, in sum and substance, "Every vehicle you add, I will destroy your vehicles. If you continue, I'm going to do things that will cause you to die. If I want you dead, I don't even have to move a finger myself."

6.   John Doe #2, who is a driver operating under the VICTIM BUS COMPANY's TLC base license, has advised:

  a.   John Doe #2 began driving for the VICTIM BUS COMPANY on or about October 24, 2011. John Doe #1 and John Doe #2 agreed that John Doe #2 would pay John Doe #1 a $10,000 initiation fee but would not have to pay a weekly management fee.

  b.   On or about and between October 24, 2011 and November 18, 2011, both dates being approximate and inclusive, as John Doe #2 attempted to pull into the pick-up locations on Division Street and 41st Avenue, the Flushing Van drivers used their vehicles to block John Doe #2 from pulling his van to the curb. As John Doe #2 turned onto Division Street or 41st Avenue to approach the pick-up locations, the Flushing Van drivers would position their vehicles between John Doe #2's vehicle and the curb. When John Doe #2 would stop or slow his vehicle to allow the Flushing Van drivers to pass him, the Flushing Van drivers would stop or slow their vehicles even though their was nothing to impede their progress. When John Doe #2 would attempt to speed in front of the Flushing Van drivers, the Flushing Van drivers would lurch forward in order to stay between John Doe #2's vehicle and the curb. When John Doe #2 attempted to reverse his vehicle in order to move behind the Flushing Van drivers' vehicles, the Flushing Van drivers would also reverse their vehicles in order to stay between John Doe #2's vehicle and the

8

curb. In blocking John Doe #2's vehicle from the curb, the Flushing Van drivers appeared to be seeking to prevent John Doe #2 from picking up passengers.

   c. On or about and between October 24, 2011 and November 22, 2011, both dates being approximate and inclusive, John Doe #2 observed, on numerous occasions, the defendants JIE YUAN, also known as "#59," and ZHENG DUN LIANG, also known as "#23," and others positioning their vehicles as noted above.

   d. On or about and between October 24, 2011 and November 22, 2011, both dates being approximate and inclusive, John Doe #2 observed, on numerous occasions, the defendants WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," and JIANG HONG WEI, also known as "#99," directing Flushing Van drivers to block him from the pick-up locations on 41st Avenue and Division Street as the two men were standing on the curb.

   e. On or about and between October 24, 2011 and November 22, 2011, both dates being approximate and inclusive, John Doe #2 was rarely able to pull his vehicle into the pick-up locations at Division Street and 41st Avenue. However, on the rare occasions that John Doe #2 was able to pull up to the pick-up location on Division Street, the Flushing Van drivers would utilize the following methods to prevent him from loading passengers: (1) on several occasions, as John Doe #2 was attempting to load passengers, Flushing Van drivers would

intervene and yell to the passengers that John Doe #2's bus was illegal and did not have insurance;[3] (2) on numerous occasions, as John Doe #2 was attempting to load passengers, Flushing Van drivers would suddenly reduce their fares to $1.00 so that passengers would not board John Doe #2's bus; and (3) on numerous occasions, the defendant WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," would videotape passengers attempting to board John Doe #2's bus, which caused many passengers to choose not to board the bus.

    f. On or about October 25, 2011, JIE YUAN, also known as "#59," approached John Doe #2 and stated, in sum and substance, "If you continue to work, you won't have a good ending.  You won't even know how your van will break down.  Don't even think about working here.  [John Doe #1] won't survive long.  You think about what's good for you.  If you don't listen to us, you are the one that will pay with bad luck."

    g. On or about October 27, 2011, JIE YUAN, also known as "#59," approached John Doe #2 again and stated, in sum and substance, "We have 55 people on our side.  You are alone.  If you continue to work here, you will die in a miserable way."

---

[3] In fact, John Doe #2 has a valid TLC license and valid insurance on the vehicle that he was operating for the VICTIM BUS COMPANY.  Further, as detailed below, the defendants WANG GANG and JIANG HONG WEI were aware that John Doe #2 was operating his vehicle legitimately.

h. On or about November 22, 2011, due to the interference from the Flushing Van drivers, John Doe #2 stopped attempting to pick up passengers on Division Street and 41st Avenue.

7. On October 25, 2011, John Doe #1 filmed John Doe #2 attempting to pull his vehicle up to the pick-up location on 41st Avenue. The videotape depicts the defendants WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang," and JIANG HONG WEI, also known as "#99," motioning with their hands and directing a Flushing Van driver into a position to block John Doe #2 from pulling alongside the curb. Shortly thereafter, the defendants GANG and WEI saw John Doe #1 filming the Flushing Van driver block John Doe #2 from pulling alongside the curb. Defendant GANG approached John Doe #1, stuck his tongue out and spit on John Doe #1's camera lens. The defendant WEI then approached John Doe #1 and shouted at him in the Mandarin language, in sum and substance:[4]

> You are a stupid pussy. You've done so many shitty things. I fuck your mother. You are a stinky stupid pussy. Your mother ... you do shitty things [that makes you] have no asshole.[5] Fuck your mother. Hey, I fuck

---

[4] The excerpts of recorded conversations included herein are draft transcripts, which are subject to revision.

[5] I have been informed by Li Zhang, an FBI Chinese linguist that, in Chinese culture, to be "born with no asshole" or to "have no asshole" means that someone has done something for which they will be punished.

11

> your mother. You do things that make you
> have no asshole. You always do things that
> makes you have no asshole. Fuck your mother,
> do you dare to touch me? You are a stupid
> pussy. You are a stupid pussy. You always
> do things that make you have no asshole. God
> would make sure you have bad karma.

This interaction with defendants GANG and JIANG was captured on videotape by John Doe #1.

    8. On or about November 3, 2011, at the direction of the FBI, John Doe #2 consensually recorded the following conversation in the Mandarin language with JIANG HONG WEI ("JHW"), also known as "#99":

> JHW: What you are doing, Brother, you
> are taking all of the driver ... each of our
> drivers was cheated $6,000, $8,000 by [John Doe
> #1]. He cheated $10,000 from you. After you,
> there are ten more people; each would be cheated
> $10,000. [John Doe #1] would get $100,000. In
> the future, you would be the same as us. You
> wouldn't be able to work. Therefore, you, now you
> are a casualty of [John Doe #1]. You are allowing
> [John Doe #1] to use you, to break up all of the
> more than 50 families. That can't happen.
>
> [...]
>
> JHW: Right? Everybody is, we are all workers; working
> to support our families, to make a living. You
> didn't come to the United States to have fun, to
> fight against everybody, right? Therefore, there
> are many things, your age, you are not a young man
> anymore. You should be able to realize that
> having you, there'll be ten more [of you] behind
> you. He takes $100,000, what would happen to the
> 70, 80 vehicles on our side? Right?
>
> [...]
>
> JHW: You can stand at the station and interview every
> driver. It's not just me, number 99, work against

>           you alone.  I don't want to, I don't want to let
>           you make a living.  More than fifty drivers ...
>
> John Doe #2: Since I started working, until now, it
>           has been more than 10 days.  There hasn't been a
>           day where you guys let me, let me ... let me work
>           in a normal capacity.  Not even a day.
>
> JHW:      If you ... Listen to me ...
>
> John Doe #2:  If you let me work in a normal capacity
>           ... deal with the matter [of dispute] itself,
>           right?  Deal with the matter itself, that would be
>           ...  The way you guys block me, that's not right.
>           You know?
>
> JHW:      You remember this.  The way you think,
>           you only see yourself as the casualty.  You don't
>           see that there are 10 more [drivers like you]
>           coming.  He gets $100,000.  In the future, what
>           would you do?  Each one of us drives three loads,
>           four loads of passengers.  We are all working to
>           make a living and support our families.  It's not
>           that ... we are all living the normal ... like
>           [you], supporting his family, wife and children,
>           making a living in the United States.  There's no
>           one, no driver on our side have anything against
>           you personally.

Based on this recording and other information gathered during the investigation, there is reasonable cause to believe that when the defendant JIANG stated, "It's not just me, number 99, work against you alone," he was confirming that it was the intention of the Flushing Van drivers to prevent John Doe #2 from picking up passengers.  Further, when the defendant JIANG stated, "You don't see that there are 10 more [drivers like you] coming," he was explaining to John Doe #2 that if the Flushing Van drivers allowed John Doe #2 to pick up passengers, then John Doe #1 would be able to save his business by hiring new drivers.

13

9. On or about November 3, 2011, at the direction of the FBI, John Doe #2 consensually recorded a conversation in the Mandarin language with the defendant WANG GANG, also known as "Wang Wei," "Panda," and "Little Wang":

    John Doe #2: You blocked me since day one.

    WANG GANG: No, no, no, no, no.

    JD2: Isn't that true?

    WG: Blocking you was because you didn't wait in line.

    JD2: How could I ... you tell me where can I line up?

    WG: You ... who did you talk to about getting in line?

    JD2: You tell me which number should I line up with?

    WG: Who did you talk to about getting in line? Right?

    JD2: Did you allow, did you allow me to load passengers?

    WG: You go to, you go to buy grocery, you would have to wait in line, right?

    JD2: Which day did you guys allow me to load passengers?

    WG: You ...

    JD2: In the past 10 days or so, which day did you allow me to load passengers?

    WG: Who did you deal with about which person you line up with? Right? These dozens of drivers are just like you. [They] all paid several thousand dollars to [John Doe #1], cheated by tens of thousands of dollars. I believe you are the same case.

    [...]

WG: None of the drivers is working against you, do you know? You are the same.

[...]

JD2: What do you guys want me to do now? What can I do?

WG: It's not about what you can do.

JD2: I can't help it. I can't help it at all.

WG: I know. I understand.

JD2: These ten days or so, I haven't worked a day. I haven't been able to work in a normal capacity at all.

WG: You don't have to say it. I know you are in a difficult position. All ...

[...]

JD2: You don't give me any chance at all. [You] didn't give me any chance at all.

WG: Can't give you that. [If we] give you that, next time, you would be just like us. You know?

[...]

JD2: On the rare occasions that I get passengers, you guys would chase them down. You guys would shout, "$1, $1." Right?

WG: That, that's business competition, very normal.

JD2: You guys are blocking me on purpose.

WG: That's business competition, very normal. Right?

JD2: You guys block me.

WG: If you don't think that's right, you can sue us.

Based on this recording and other information gathered during the investigation, there is reasonable cause to believe that when the

defendant GANG stated "I know you are in a difficult position," he was explaining to John Doe #2 that, although the blocking efforts were not made out of animosity towards John Doe #2, if the defendant GANG were to allow John Doe #2 to pick up passengers, then John Doe #1's business would survive.  Further, when the defendant GANG stated, "Can't give you that," he was telling John Doe #2 that John Doe #2 would not be allowed to pick up passengers under any circumstances.

10.  On or about November 14, 2011, John Doe #3, a driver for the VICTIM BUS COMPANY, who was equipped with a recording device, consensually recorded the following conversation in the Fuzhou dialect with the defendant ZHENG DUN LIANG, also known as "#23":

> John Doe #3: Anyway, not paying the $300 mentioned before,[6] would that ...
>
> ZHENG DUN LIANG: It has nothing to do with the $300.  He knows who, whose heart is on which side.  What he meant with that $300, you know?  The $300 was a test to see how many drivers have their hearts together, to fight the war.
>
> JD3: Oh ...

---

[6]   Based upon information gathered during the investigation, the defendant WANG GANG demanded that the Flushing Van drivers each pay $300 to him to create a fund from which the defendant GANG would compensate drivers for (1) traffic and parking violations committed during the course of blocking John Doe #2 from picking up passengers and (2) wages forfeited when lowering fares to take passengers from John Doe #2.  The defendant WANG GANG made this demand so that Flushing Van drivers would be willing to incur fines and loss of wages.

ZDL: You know? There were only 8 people altogether. He was just testing. The $300s were all refunded back. All the money was refunded. He was testing whether the drivers have their hearts together to fight the war. He tested this time and [found out] that yes, the hearts are together. He then [UI]. They are united, very much united. Right? Later on, Old Long didn't pay. Later on, he kept calling 89 over two, three days, wanting to pay the money; 89 wouldn't take the money no matter what. And then on the third day, all the money was refunded. All the money was refunded to each person. Everything was given back to them. He just wanted to test to see if people are proactive. You know? Altogether there were 8 people who did not pay. They were, #7, you, 25, 32, #5, uh, uh, that one ... 69, 28. Anyway, there were only 8 people who did not pay.

JD3: Didn't pay, didn't pay the $300?

ZDL: Right. He said ... It's not about the $300 ...

JD3: No, I mean that ... when you talked to me, you talked to me, I thought that he sent you to me, sent you to me ... so [I] didn't pay this money, so in the future, I worry that I would also be like [John Doe #2], to be, to be revenged against ...

ZDL: No, no. Don't be afraid of that.

JD3: ... and to be blocked, beaten ... blocked ... I mean, It's not [my] turn yet.

ZDL: Don't worry, okay?

JD3: It's not my turn yet.

[...]

ZDL: In the past, they know that I would help [John Doe #1]. Now they also know that I won't help him anymore. There's no point helping him. He can't be helped anymore. He always does unreasonable things.

JD3: The power ... all went over there, all went over there ...

ZDL: Very powerful.

JD3: Very powerful.

ZDL: Once the company is done ...

JD3: There's no one left ...

ZDL: No one left.

JD3: The company is gone.

ZDL: Once [John Doe #1] ... once [John Doe #1]'s side is done, I plan to come forward and be a leader.

JD3: [John Doe #1] ... [John doe #1] is in trouble.

ZDL: I plan to round up 10 vehicles. I'll round up 10 vehicles myself. He only has 7 or 8 vehicles, you know? [...] If I can round up 10 vehicles, I'll work against him. I'll turn it around against him. [UI].

JD3: You can't win against him.

ZDL: Don't say I can't win against him. [If] we have 10, 10 vehicles, we can start the revolution. He would be afraid of us, you know?

JD3: It has caused so much chaos now, fights, arguments, [sighs]. Comparing to the way it was ...

ZDL: No fights. [Co-conspirator A] said it before, he said that he would go work the orders and we would stay here. He said, "After I come back, the first one I deal with would be you, [John Doe #2]. I'll take you." [Co-conspirator A] wants to take on [John Doe #2]. "You drivers name it, whatever you drivers say, whether it be a fight or what, I'll comply exactly."

JD3: [Co-conspirator A] said that?

ZDL: Yeah, you know?

    JD3: That's why [John Doe #2] was sitting inside his vehicle and didn't dare to drive to work. Didn't dare to come in. And over there ...

    ZDL: It's useless for [John Doe #2] to come in. [John Doe #2] can't get passengers even if he comes in. Just wasting gas.

    JD3: Can't get passengers ...

    ZDL: He, it's not even about him wanting to drive. He keeps pushing [John Doe #1]. [John Doe #1] keeps pushing him. He asked [John Doe #1] for money, saying that he couldn't make a living. [John Doe #1] said, how could you get money into your pocket if you don't work? You know? He is very pitiful to have his money stuck there too. He has his money stuck at [John Doe #1]'s and can't get it back.

    JD3: Tell, tell #19 to go first. I want to talk about this. I can't sleep at night. I am worried.

    ZDL: Don't worry. [WANG GANG] only, he only planned to deal with #69 and #32. At the end, when everything is done, deal with #25. To get rid of #25.

    JD3: That's it, all gone.

Based on this recording and other information gathered during the investigation, there is reasonable cause to believe that when the defendant LIANG is describing his involvement in the scheme to block John Doe #2 from picking up passengers, that demonstrates his participation in the conspiracy with the defendant GANG and other Flushing Van drivers from picking up passengers because of their affiliation with the VICTIM BUS COMPANY.

    11. During the course of the investigation, I have learned that the Flushing Van drivers were each given a Nextel

phone that allowed the drivers to communicate with each other using the group point-to-point function. I have been advised by John Doe #4, one of the drivers that was given a Nextel phone by Flushing Van, that the Flushing Van drivers used the group point-to-point function to coordinate their efforts in blocking John Doe #2 from picking up passengers. John Doe #4 recorded several of these communications. Based upon my review of a translation of those recordings, the Flushing Van drivers would communicate with one another to identify John Doe #2's location, to alert each when John Doe #2 was approaching the pick-up locations, and to direct Flushing Van drivers to move their vehicles into a position that would block John Doe #2 from reaching the curb at the pick-up locations.

12. On October 28 and 30, 2011, I, along with several agents of the FBI, conducted surveillance in the vicinity of the Division Street pick-up location. During that surveillance, I observed the Flushing Van drivers blocking John Doe #2 from pulling his van up to the pick-up location using some of the methods described above.

13. Based on my conversations with Jane Doe #1, John Doe #1, John Doe #2, John Doe #3, and John Doe #4, my review of the video and audio evidence, and surveillance of the Division Street pick-up location, I believe that there is probable cause to conclude that the defendants are obstructing, delaying and

affecting commerce and the movement of articles and commodities in commerce by extortion in that the defendants' actions have interfered with the VICTIM BUS COMPANY's participation in interstate commerce and are designed to instill fear in, among others, John Doe #1, Jane Doe #1 and John Doe #2.

14. Because public filing of this document could result in a risk of flight by the defendants, as well as jeopardize the government's investigation, your deponent respectfully requests that the complaint and arrest warrant be filed under seal.

WHEREFORE, your deponent respectfully requests that an arrest warrants be issued so that the defendants WANG GANG, also known as "Wang Wei," "Panda" and "Little Wang," ZHENG DUN LIANG, also known as "#23," JIANG HONG WEI, also known as "#99," and JIE YUAN, also known as "#59," may be dealt with according to law.

Patrick O'Brien
Special Agent, FBI

Sworn to before me this
9th day of December, 2011

United States Magistrate Judge
Eastern District of New York